UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

------------------------------------------------------------------x

NICOLE ABAYA,                                  :

          Plaintiff.                         :        Case No. 13-81115-CV-MARRA

          v.                                 :

WEINSTEIN, PINSON & RILEY, P.S.                :
          Defendant.                         :

------------------------------------------------------------------x

OFFER OF JUDGMENT PURSUANT TO RULE 68
OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO:   Michael Greenwald, Esq.
       Greenwald Davidson PLLC
       5550 Glades Road, Suite 500
       Boca Raton, Florida 33431
       Counsel for Plaintiff Nicole Abaya

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendant Weinstein, Pinson & Riley, P.S. ("Defendant") hereby makes the following unconditional offer to allow judgment to be entered against it as set out in paragraphs 1-3 below (the "Offer"). This Offer is intended to resolve all of the claims of relief alleged in the complaint against Defendant (the "Complaint") of plaintiff Nicole Abaya ("Plaintiff"). This Offer is made for the purposes specified in Rule 68 and may not be construed as an admission of liability, nor that Plaintiff has suffered any damage. This Offer may not be filed with the Court unless Plaintiff accepts it, or in a subsequent proceeding for costs. If Plaintiff does not accept the offer within 14 days after its receipt by Plaintiff's counsel, it will be withdrawn.

Defendant will consent to entry of judgment awarding the following damages, costs and attorneys fees to Plaintiff:

1. Statutory damages in the amount of $1,000.00, as demanded in the Complaint;

2. Costs incurred by Plaintiff as of the date of this Offer;

3. Reasonable attorneys' fees incurred by Plaintiff as of the date of this Offer, plus any additional reasonable attorneys' fees incurred in concluding this action should the offer be accepted. If the parties are not able to agree on the amount of reasonable attorneys, they will submit the issue to the Court for resolution.

Dated: November 26, 2013          By:   /s/ Anthony Colunga
                                  Weinstein, Pinson & Riley, P.S.
                                  Anthony Colunga (AnthonyC@w-legal.com)
                                  Bar No.100202
                                  Weinstein Pinson & Riley, P.S.
                                  2001 Western Avenue, Suite 400
                                  Seattle, WA 98121
                                  206-269-3490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted to Defendant, Michael Greenwald, via U.S. First Class Mail, on November 26, 2013.

Michael Greenwald, Esq.
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431

By: /s/ Anthony Colunga
Weinstein, Pinson & Riley, P.S.
Anthony Colunga (AnthonyC@w-legal.com)
Bar No.100202
Weinstein Pinson & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
206-269-3490