UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-81115-CIV-MARRA

NICOLE ABAYA,

                      Plaintiff,

vs.

WEINSTEIN, PINSON & RILEY, P.S., INC.

                      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nicole Abaya and Defendant Weinstein, Pinson & Riley, P.S., Inc., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs.

Respectfully submitted this 11th day of December, 2013:

[**Signatures on following page**]

1

| | |
|---|---|
| */s/Michael L. Greenwald*<br>Michael L. Greenwald<br>Florida Bar No. 0761761<br>**Greenwald Davidson PLLC**<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>Telephone: 561.826.5477<br>mgreenwald@mgjdlaw.com<br><br>Counsel for Plaintiff | */s/ Anthony Colunga*<br>Anthony Colunga<br>Florida Bar No.100202<br>**Weinstein, Pinson & Riley, P.S.**<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121<br>Telephone:  206.269.3490<br>AnthonyC@w-legal.com<br><br>Counsel for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on December 11, 2013, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Michael L. Greenwald*
**MICHAEL L. GREENWALD**
Florida Bar No. 0761761