UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-81115-CIV-MARRA

NICOLE ABAYA,

    Plaintiff,

v.

WEINSTEIN, PINSON & RILEY, P.S., INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (DE 7).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 12th day of December, 2013.

_____
KENNETH A. MARRA
United States District Judge